IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

EIEIO, INC.                                                                                                    PLAINTIFF

VERSUS                                                        CIVIL ACTION NO.  5:07cv128DCB-JMR

WARING OIL COMPANY,
WARING INVESTMENTS, INC, and
WARING OIL COMPANY, LLC                                                                        DEFENDANTS

## ORDER OF DISMISSAL

THIS CAUSE having come before the Court this day on motion of the Plaintiff to dismiss the above referenced cause of action with prejudice, and the Court, being fully advised in the premises and of the fact that the parties have entered into an amicable compromise settlement and thus all parties are in agreement to the dismissal of this matter, including the counterclaim, is of the opinion that the motion is well taken and should be granted.  It is, therefore,

ORDERED that Plaintiff's Motion to Dismiss with Prejudice be and the same is hereby granted and this cause is hereby dismissed with prejudice and each party to bear their respective costs.

SO ORDERED, this the   23rd  day of     May     , 2008.

                                                      s/ David Bramlette
                                                      David C. Bramlette
                                                      United States District Court Senior Judge

Prepared by:
Thomas E. Vaughn
Mississippi Bar No. 6606
VAUGHN, BOWDEN & WOOTEN, PA
Post Office Drawer 240
Gulfport, MS 39502-0240
Telephone:   (228) 863-5656
Facsimile:    (228) 864-8962
Attorneys for Plaintiff